UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OASIS ELLIOTT,

Plaintiff,

-against-

HARVARD PROTECTIONS SERVICES, MOTIVATED SECURITY SERVICES,

Defendants.

26-CV-9418 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION AND CURRENT ADDRESS

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se*, commenced this action, seeking leave to proceed *in forma pauperis* (IFP), that is, without prepayment of fees. Plaintiff also appears to have provided two addresses in his submissions. For the following reasons, the Court directs Plaintiff to submit an amended IFP application, and to confirm his current mailing address or consent to electronic service of documents.

**DISCUSSION**

**A. Payment of Fee or Amended IFP Application**

To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but his responses do not establish that he is unable to pay the filing fees. Plaintiff states that his last date of employment was September 25, 2026, but does not state what his gross monthly wages were then. (ECF 2 at 1.) Plaintiff states that he has not received more than $200 in the past 12 months from any sources yet does not explain how he is paying his expenses. (*Id.* at 1–2.) Plaintiff further states that he owns no assets and has

no regular monthly expenses. (*Id.* at 2.) The Court is thus unable to determine that he is unable to pay the filing fees.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application, a copy of which is attached. If Plaintiff submits the amended IFP application, it should be labeled with docket number 26-CV-9418, and address the deficiencies described above by providing facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

**B. Current Contact Information**

Plaintiff has provided two mailing addresses in his submissions. In his complaint, Plaintiff provides a Bronx, New York address (ECF 1 at 2 and 7); his IFP application, however, lists a New York, New York address (ECF 2 at 2).[1] It is therefore unclear to the Court which address is Plaintiff's current address.

To ensure that court orders are served, Plaintiff is directed, within thirty days of the date of this order, to sign and submit the Notice of Change of Address with current contact information. *See In re Pro Se Litigation*, No. 24-MC-127 (LTS) (S.D.N.Y. Aug. 19, 2026). In the alternative, Plaintiff may consent to accept electronic service of documents in this case. Copies of these forms are attached. If Plaintiff submits the Notice of Change of Address or Consent to Electronic Service, the form must be labeled with docket number 26-CV-9418 (LTS). As a courtesy, a copy of this order and the attachments will be sent to Plaintiff at both addresses.

[1] The Court also notes that both addresses may be incomplete. If Plaintiff does not consent to electronic service of documents, Plaintiff should include any additional applicable information, for example, an apartment number, in the address.

**CONCLUSION**

No further action will be taken in this case, and no summonses shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to Plaintiff refiling.

The Clerk of Court is directed to mail a copy of this order, the amended IFP application, the Notice of Change of Address, and Consent to Electronic Service to Plaintiff at 185 East 163rd Street, Bronx, NY 10451 and at 2569 7th Avenue, New York, NY 10039.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: November 9, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge